# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

SAMUEL THURLOW JOHNSON,                    3:10-CV-01326-HU

    Petitioner,                          ORDER

v.

PAULA MYERS, Superintendent,
South Fork Forest Camp,

    Respondent.

**BROWN, Judge.**

Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#50) on February 14, 2013, in which he recommended the Court deny Petitioner Samuel Thurlow Johnson's Petition (#1) for Writ of Habeas Corpus (28 USC § 2254), dismiss this matter with prejudice, and deny a certificate of appealability.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate
Judge's Findings and Recommendation, the district court must make
a *de novo* determination of that portion of the Magistrate Judge's
report. 28 U.S.C. § 636(b)(1). *See also United States v. Reyna-
Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United
States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

In his Objections, Petitioner reiterates the arguments
contained in his Petition and Memorandum in Support of Petition.
This Court has carefully considered Petitioner's Objections and
concludes they do not provide a basis to modify the Findings and
Recommendation. The Court also has reviewed the pertinent
portions of the record *de novo* and does not find any error in the
Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and
Recommendation (#50), **DENIES the** Petition (#1) for Writ of Habeas
Corpus, **DISMISS** this matter **with prejudice**, and **DENIES** a
certificate of appealability.

IT IS SO ORDERED.

DATED this 17th day of May, 2013.

*anna Brown*

ANNA J. BROWN
United States District Judge

2 - ORDER